UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TRACY H. WINDERS,                )
                                 )
            Plaintiff,           )
                                 )      **JUDGMENT IN A CIVIL CASE**
      v.                         )
                                 )      **CASE NO. 5:17-CV-598-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,              )
            Defendant.           )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for judgment on the pleadings [D,E. 1S] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner pursuant to 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 20, 2019, and Copies To:**
Derrick Kyle Arrowood                (via CM/ECF electronic notification)
Wanda D. Mason                       (via CM/ECF electronic notification)


DATE:                                PETER A. MOORE, JR., CLERK
February 20, 2019                    (By) /s/ Nicole Sellers
                                     Deputy Clerk